THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MANUEL JACINTO, Appellant.

Argued June 11, 1942; decided July 29, 1942.

*Samuel B. Johnson* and *Donald H. McCann* for appellant.

*Henry Hirschberg, District Attorney* (*Martin Rosenblum* of counsel), for respondent.

On appeal from judgment of conviction of murder in the first degree: Judgment of conviction affirmed. On appeal from judgment of conviction of murder in the second degree: Appeal dismissed. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.